**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Pittman v. Viamonte Investments Group, LLC, et al

Case Number: 1:19-cv-04732

An appearance is hereby filed by the undersigned as attorney for:

Viamonte Investments Group, LLC, Oscar Perretta and Salvador Ruiz

Attorney name (type or print): Jonathan R. Koyn

Firm: Attorney at Law

Street address: 1034 Sterling Avenue

City/State/Zip: Flossmoor, IL 60422

Bar ID Number: 6256235
(See item 3 in instructions)

Telephone Number: 708-960-0487

Email Address: jon@koynlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10-24-2019

Attorney signature: S/ Jonathan R. Koyn
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015